**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY )<br>)<br>*Plaintiff,* )<br>v. )<br>)<br>FEHR GRAHAM & ASSOCIATES, LLC, )<br>)<br>*Defendant.* )<br>) | Case No. 3:23-ccv-50099 |

**NOTICE OF DISMISSAL**

Plaintiffs, Allied Property and Casualty Insurance Company ("Allied"), by its undersigned counsel, hereby gives notice of dismissal of this case pursuant to Fed. R. C. P. 41(a)(1)(A)(i) as Defendant, Fehr Graham & Associates LLC, has not been served.

DATED:  March 28, 2023          Respectfully submitted,

/s/ Neal R. Novak
Neal R. Novak (#6181620)
Colleen M. Costello (#6274745)
NOVAK LAW OFFICES
33 N. LaSalle, Suite 1900
Chicago, IL 60602
novak@novakjuris.com
costello@novakjuris.com
Phone: (312) 425-2500

*Attorneys for Allied Property and Casualty Insurance Company*